AO 91 (Rev. 11/11) Criminal Complaint

DOA: 10/28/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Jesus Miguel Avila-Orduno,<br>A #220 639 036 | )<br>)<br>)<br>)<br>) | Case No.   MJ-25-04458-PCT-CDB |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 28, 2025, in Coconino County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Jesus Miguel Avila-Orduno, an alien, was found in the United States at or near Winslow, Arizona, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about July 22, 2025, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Homeland Security Investigations Special Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

SUZANNE GUERIN  Digitally signed by SUZANNE GUERIN
Date: 2025.10.29 13:34:37 -07'00'

AUTHORIZED BY:  Suzanne Guerin, P.S. for AUSA Madeline Shupe

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Brynna Cooke
Homeland Security Investigations
_____
*Printed name and title*

Sworn to telephonically.

Date:  October 29, 2025

Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2025.10.29 14:53:36 -07'00'

_____
*Judge's signature*

Camille D. Bibles
United States Magistrate Judge
_____
*Printed name and title*

City and state: Flagstaff, Arizona

**CC:  USM & PTS**

## STATEMENT OF PROBABLE CAUSE

I, Homeland Security Investigations Special Agent Brynna Cooke, declare under penalty of perjury that the following is true and correct.

1.  I am a Special Agent with Homeland Security Investigations (HSI). I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2.  On or about October 2, 2025, deputies with the Coconino County Sheriff's Office (CCSO) responded to interstate mile marker 245 on Interstate-40 based on a report of suspicious activity. Upon arrival, CCSO deputies conducted a consensual encounter with the occupants of a GMC Yukon bearing Arizona license plate JYA9D3 parked at interstate mile marker 245. The vehicle was ultimately released.

3.  On or about October 28, 2025, at approximately 10:45 p.m., a CCSO deputy observed the GMC Yukon bearing Arizona license plate JYA9D3 parked on the Meteor City Road offramp. This location is close to interstate mile marker 239 on Interstate-40, near Winslow, Arizona, in the District of Arizona. The deputy conducted a consensual encounter with the occupants of the GMC Yukon. The deputy spoke with three individuals in the vehicle, including the driver, Jesus Miguel Avila-Orduno. Avila-Orduno presented a Mexican-issued identification card and spoke limited English. After CCSO notified HSI, a Special Agent arrived to place Avila-Orduno in custody until his criminal and immigration records could be obtained and his identity confirmed.

4.  Immigration history checks revealed Jesus Miguel Avila-Orduno to be a citizen of Mexico and a previously deported alien.  Avila-Orduno was removed from the United States to Mexico, through Calexico, California, on or about July 22, 2025, pursuant to a final order of removal issued by an immigration judge. There is no record of Avila-Orduno in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Avila-Orduno's immigration history was matched to him by complete Spanish name match, date of birth, and Sonoran ID card.

5.  Criminal history checks revealed that on or about July 9, 2025, Jesus Miguel Avila-Orduno was convicted of Alien in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. 922(g)(5), a felony offense, in the United States District Court, Central District of California. Avila-Orduno was sentenced to the custody of Bureau of Prisons to be imprisoned for a term of time served and one year of supervised release. Avila-Orduno's criminal history was matched to him by complete Spanish name match, date of birth, and alien number.

6.  On or about October 29, 2025, at approximately 1:02 a.m., Jesus Miguel Avila-Orduno was advised of his constitutional rights in the Spanish language. Avila-Orduno freely and willingly acknowledged his rights and agreed to provide a statement under oath. Avila-Orduno stated that his true and complete name is Jesus Miguel Avila-Orduno, and that he is a citizen of Mexico.  Avila-Orduno also stated that he illegally entered the United States at or near Sasabe, Arizona, approximately one month ago, without

2

inspection by immigration officials. He paid $12,000 to a coyote to cross into the United States with a group of individuals. His destination was Phoenix, Arizona. Avila-Orduno further stated that he had been previously deported from the United States in July 2025 and did not apply to the United States Attorney General or the Secretary of the Department of Homeland Security for permission to re-enter the United States after his last removal.

7. For these reasons, this affiant submits that there is probable cause to believe that on or about October 28, 2025, Jesus Miguel Avila-Orduno, an alien, was found in the United States at or near Winslow, Arizona, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Calexico, California, on or about July 22, 2025, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

//

//

//

//

//

//

//

3

8. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

Brynna Cooke
Homeland Security Investigations
Special Agent

Sworn to telephonically on
October 29, 2025

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.10.29 14:52:41 -07'00'

Camille D. Bibles
United States Magistrate Judge

4